# BERNSTEIN CHERNEY LLP
ATTORNEYS AT LAW
955 Park Avenue, Fifth Floor West
New York, N.Y. 10028

Hartley T. Bernstein, Esq.
Phone: (212) 381-9684
Fax: (646) 304-8070
hbernstein@bernsteincherney.com

August 18, 2023

Hon. Jennifer L. Rochon, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, New York 10007

> The request is GRANTED. The initial pre-trial conference is adjourned to **October 25, 2023 at 11:00AM**.
>
> Dated: August 22, 2023
> New York, New York
>
> SO ORDERED.
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re: Nicholl v. Content IQ, LLC
Case No. 23-cv-04115-JLR

Dear Judge Rochon:

I am the attorney for Content IQ, LLC, the defendant in the above-captioned litigation. I am writing on behalf of all parties to this action.

In accordance with the Court's Orders directing mediation of the within matter (Docket #s 7 and 8), the parties were contacted by the Court's Mediation Office and asked to provide dates between August 24th and September 6th for mediation. As Plaintiff's counsel advised the Mediation Office, Plaintiff currently is in remote Siberia and has limited access to the internet. Plaintiff has now advised he will be available on August 24-27 (which would include a weekend) but will not be available in September. Unfortunately, my client and I will be unavailable August 24 through August 27.

Given these scheduling issues, the Mediation Office suggested that we contact Your Honor to request a brief adjournment of the September 20th Initial Pretrial Conference, so that we can schedule mediation in October. Accordingly, we respectfully request that the Initial Pretrial Conference be adjourned for 30 days so that we can arrange for mediation in early October, at least two weeks in advance of the conference.

The parties have not previously requested an adjournment of the conference.

Thank you for your consideration.

Respectfully,

*Hartley Bernstein*
Hartley T. Bernstein

Cc: R. Terry Parker, Esq.